# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FRANCISCO A. CRUZ,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74480 ✓ |
| FRANCISCO A. CRUZ,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 74580 |

**FILED**

FEB 08 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These appeals were initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Appellant filed notices of appeal on November 9, 2017, and November 13, 2017. The notices of appeal fail to identify any judgments of the district court. Further, it does not appear from the district court docket and minute entries that the district court entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____Pickering_____, J.
Pickering

_____Gibbons_____, J.
Gibbons

_____Hardesty_____, J.
Hardesty

18-05354

cc: Hon. Susan Johnson, District Judge
Francisco A. Cruz
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

